FILED
1:14 pm, 6/16/20
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | ☑ Violation Notice  ☐ Information  ☐ Complaint |
| | Plaintiff | |
| vs | | Case Number  5:20-PO-00375-MLC-1 |
| SARAH A PIOTROWSKI | | |
| | Defendant | |

| | | |
|---|---|---|
| Violation Charged | (1) Foot travel in all thermal areas and w/in Yellowstone Canyon confined to trails | Citation Number  (1)7135940 |

Date Violation Notice Issued  06/11/2020          Place   Yellowstone National Park

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 9:00-9:05, 10:20-10:44                        Interpreter

Date June 16, 2020                                 Interpreter Telephone

Before the Honorable  Mark L. Carman

| Jessica Jarvis | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Stephanie Hambrick | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear    Warrant issued on
☑ Appeared    ☐ By telephone
              ☑ Voluntarily    ☐ In Custody
☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing
              ☐ FPD    ☐ PANEL-CJA    ☐ RETAINED
☑ Attorney waived

☐ Court orders case continued to                   at
    reason:

☐ Bail is set at
              ☐ P/R-No Amount    ☐ Unsecured    ☐ Cash/Surety

☐ Conditions of release

WY 59                                              Revised 02/07/2020

Petty Offenses/Misdemeanors Minute Sheet
5:20-PO-00375-MLC-1

---

**COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
This consent was made   ☐ orally   ☐ in writing

---

☑ Informed of charges and rights     Date  June 16, 2020
☑ Defendant arraigned               Date  June 16, 2020
☐ Court accepts plea     Defendant enters ☑ Guilty     ☐ Not Guilty Plea
☐ Trial     Witnesses

☑ Disposition
    ☐ Not Guilty
    ☑ Guilty     7135940
    ☐ Dismissed
    ☐ Collateral Forfeited
    ☐ *Nolo Contendere*
☐ PSI ordered
☑ Sentence     Date  June 16, 2020
☐ Imposition of jail sentence suspended
☑ Committed to custody for a period of   2 days can be release on morning of 6/18th after 8am
☑ Probation for a period of   two years
    ☐ With Supervision     ☑ Without Supervision
☑ Special Conditions of Probation

    obey all laws, ban from Yellowstone for 2 years, pay fines in full by 10/01/2020

☑ Fine     350.00     Payable  10/01/2020
☑ Restitution  106.92     To     National Park Service 10/01/2020
☐ Community Service       To
☑ Special Assessment  10.00
☑ Processing fee: $  30.00
☐ Defendant advised of right to appeal
☑ Other  written judgment to follow, in custody of the USMS